UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>Albert Rueben Kuperman</u>

v.                                          Civil No. 08-cv-54-JD

<u>US Social Security Administration, Commissioner</u>

O R D E R

After due consideration of the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Muirhead dated September 2, 2008.

SO ORDERED.

September 9, 2008                        <u>/s/ Joseph A. DiClerico, Jr.</u>
                                         Joseph A. DiClerico, Jr.
                                         United States District Judge

cc:   Albert Rueben Kuperman, pro se